IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:19-cr-86-RJC |
|---|---|---|
| v. | ) ) ) | INFORMATION PURSUANT TO TITLE 21 U.S.C. § 851 AND 18 U.S.C. 3559(c)(4) |
| JOHN HENRY MOORE | ) ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, pursuant to Title 21, United States Code, Section 851 and Title 18, United States Code, Section 3559(c)(4), and files this Notice with the Court setting forth the defendant's previous convictions of two or more serious violent felonies, as follows:

| Charge | Conviction Date | Case No. | Jurisdiction |
|---|---|---|---|
| Bank Robbery | 11/27/1989 | C-CR-89-90; C-CR-89-91; C-CR-89-130; C-CR-89-131 | Western District of North Carolina (Federal) |
| Bank Robbery | 7/23/1996 | 3:95-CR-684 | District of South Carolina (Federal) |
| Bank Robbery | 1/10/2006 | 1:04-CR-192-RWS | Northern District of Georgia (Federal) |

As a result, under 18 U.S.C. § 3559(c)(1), the Defendant is subject to statutory mandatory life imprisonment.

Attached hereto are certified records for the convictions

Respectfully submitted, this the 30th day of July 2019.

1

R. ANDREW MURRAY
UNITED STATES ATTORNEY

//s// David W. Kelly
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704-344-6222
Fax: 704-344-6629
E-mail: David.Kelly6@usdoj.gov

//s// Lambert Guinn
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704-344-6222
Fax: 704-344-6629
E-mail: Lambert.Guinn@usdoj.gov