IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN HENRY MOORE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motions to suppress and for a <u>Franks</u> hearing (Doc. Nos. 29, 30).

The defendant is currently represented by counsel. (Oral Order, March 25, 2019). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motions are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: September 18, 2019

Robert J. Conrad, Jr.
United States District Judge