IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOHN HENRY MOORE ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion.

The defendant filed a Motion for Recusal, (Doc. No. 35), which the Court denied, (Oral Order, Sept. 30, 2019). However, the United States Court of Appeals for the Fourth Circuit stayed the proceedings in this Court pending resolution of the defendant's Petition for Writ of Mandamus. (Case No. 19-2076, Doc. No. 11). Therefore, the Court finds the period of delay resulting from the resolution of that interlocutory appeal is excludable under 18 U.S.C. § 3161(h)(1)(C).

**IT IS, THEREFORE, ORDERED that** the trial of the above captioned case be continued to a date set by separate order.

The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 29, 2019

Robert J. Conrad, Jr.
United States District Judge