IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOHN HENRY MOORE ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Suppress. (Doc. No. 83).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court. Here, the defendant waived his right to counsel and is proceeding to trial representing himself.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the instant motion and any subsequent motion as if it were filed by counsel.

Signed: April 19, 2021

Robert J. Conrad, Jr.
United States District Judge