# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:19-CR-00086-RJC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JOHN HENRY MOORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      **THIS MATTER** is before the Court on Defendant's pro se "Motion to Return Property" (document # 88) and "Motion to Compel. . ." (document #94).  Defendant has waived his right to counsel and represents himself.  On April 19, 2021, the Honorable Robert J. Conrad, Jr. directed the Government to file a response to Defendant's pro se Motion to Suppress and to any subsequent motions as if they were filed by counsel. See document #86.  The Government has not responded to the instant Motions. Consequently, the Government is ORDERED to file a response to these two Motions within fourteen days of this Order.

      The Clerk is directed to send copies of this Order to the U.S. Attorney, Defendant, standby counsel, and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED**.

Signed: June 1, 2021

_____

David S. Cayer
United States Magistrate Judge