# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-00086-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN HENRY MOORE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Return Property" (document # 88). In its Response, the Government "has no objection to the defendant's request for the return of the cellular telephones that were seized as part of the investigation in this case. Because the defendant is currently incarcerated, law enforcement officers cannot release the phones directly to him. The Government respectfully requests that the defendant designate a person to receive the phones on his behalf." (document #103). Therefore, the Court will GRANT Defendant's Motion and directs the Government to confer with Defendant's standby counsel, S. Frederick Winiker, III, and make arrangements for the property return.

The Clerk is directed to send copies of this Order to pro se Defendant, standby counsel, the U.S. Attorney, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 8, 2021

David S. Cayer
United States Magistrate Judge