IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00086-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN HENRY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Object to the Chain of Custody Evidence, DNA and Trace Evidence pursuant to Melendez-Diaz v. Mass, 557 U.S. 306" (document # 120) filed July 7, 2021.

Defendant objects to the admissibility of DNA test results of multiple items and to the handling of evidence and chain of custody logs. For the reasons set forth in the Government's response (document #126), the Court agrees that Defendant's Motion is premature and issues regarding admissibility of evidence and chain of custody are matters for trial. Consequently, the Motion is DENIED without prejudice to being renewed at trial.

The Clerk is directed to send copies of this Order to pro se Defendant, standby counsel, the U.S. Attorney, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 11, 2021

David S. Cayer
United States Magistrate Judge