IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JOHN HENRY MOORE | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court upon motions of the defendant for a continuance of the trial of this matter from June 6, 2022. (Doc. Nos. 160, 162, 164).

In granting the defendant's motion to continue the trial from April 4, 2022, based on the unavailability of his DNA expert witness, the Court set this case as the first trial on June 6, 2022. (Doc. No. 153: Motion; Doc. No. 157: Order). The defendant then informed the Court that his DNA expert witness is not available June 6, but would be available the weeks of June 20 and 27. (Doc. No. 160, 162). Because those dates are not suitable for the trial of this case, the Court inquired of counsel whether witnesses could be available the week of May 23. The defendant has now informed the Court that his digital forensic expert witness may not have completed her analysis and is not available to appear on that date. (Doc. No. 164). Accordingly, the Court will grant the defendant's motions in part and set the case as the first trial during the next criminal term, finding that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS, THEREFORE, ORDERED that the above captioned case be continued to the August 1, 2022, term of Court.

IT IS FURTHER ORDERED that the parties will appear for a status conference on July 18, 2022 at 9:30 A.M., in Courtroom 4A in the Charles R. Jonas Federal Building Wing.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 18, 2022

Robert J. Conrad, Jr.
United States District Judge