# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-00086-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN HENRY MOORE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on pro se Defendant's "Motion to Have Access to Law Library for Defense Preparation as a Pro Se Litigant" (Doc. 163) filed March 17, 2022.

Defendant seeks an order directing the Mecklenburg County Sheriff to provide him with access to the law library so that he can prepare for trial. The Government's Response (Doc. 169) represents that due to COVID-19 protocols, the jail does not allow inmates to go into the law library. Instead, the Sheriff has implemented a policy that allows inmates to request materials from the law library and have them delivered to their cells. Defendant's most recent request was on March 14, 2022 and the request was fulfilled on March 28, 2022.

While the Court is concerned with the time delay in materials being provided to Defendant, he is being given access to the law library. Accordingly, the Motion is denied.

The Clerk is directed to send copies of this Order to pro se Defendant, standby counsel, the United States Attorney and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 12, 2022

_____
David S. Cayer
United States Magistrate Judge