IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN HENRY MOORE | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se motion to stay ruling on his motion for new trial. (Doc. No. 246).

The defendant was convicted after a jury trial and is awaiting sentencing. (Doc. No. 218: Verdict). Here, the defendant is proceeding pro se, (Doc. No. 231: Order), and the Court has granted his request for trial transcripts to supplement the claims in his motion for new trial.

**IT IS, THEREFORE, ORDERED** that defendant's motion to stay ruling on the motion for new trial, (Doc. No. 246), is **GRANTED** and the defendant shall have 14 days from the entry of this Order to supplement the claims in his motion for new trial with citations to the transcripts.

Signed: January 30, 2023

Robert J. Conrad, Jr.
United States District Judge