IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00086-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| JOHN HENRY MOORE | ) |
| | ) |

**THIS MATTER** is before the Court upon the defendant's pro se motion to correct exhibits in the trial transcript. (Doc. No. 251).

The defendant asserts that only three of his trial exhibits are listed in the index of the trial transcript, leaving out approximately twenty. It is true that three defense exhibits are listed in Volume I of the transcript covering October 17, 2022. (Doc. No. 238 at 6). However, approximately 23 other defense exhibits are indexed in Volume II covering October 18, 2023. (Doc. No. 239 at 3-5).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: March 19, 2023

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge